# EXHIBIT A



US007194976B1

(12) **United States Patent**
Kramer

(10) **Patent No.:** US 7,194,976 B1
(45) **Date of Patent:** Mar. 27, 2007

(54) **BOAT COVER**

(76) Inventor: **Timothy A. Kramer**, 2800 S. 1st St., Blue Springs, MO (US) 64014

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/299,861**

(22) Filed: **Dec. 12, 2005**

(51) **Int. Cl.**
    *B63B 17/02* (2006.01)
    *E04H 15/04* (2006.01)

(52) **U.S. Cl.** ........................................ **114/361**; 135/90

(58) **Field of Classification Search** ................ 114/361; 135/90; 296/26.05; 405/218, 219
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,481,073 A * 12/1969 Yoshida et al. ................ 47/17
4,448,224 A   5/1984 Crain
4,487,212 A   12/1984 Moore

| | | |
|---|---|---|
| 4,830,427 A | 5/1989 | Fiocchi |
| 4,991,612 A | 2/1991 | Kiss et al. |
| 5,086,799 A | 2/1992 | Lumbleau |
| 5,269,332 A | 12/1993 | Osborne |
| 5,709,501 A | 1/1998 | Elbers |
| 5,769,105 A | 6/1998 | Margol et al. |
| 5,775,353 A | 7/1998 | Johnson |
| 6,167,658 B1 | 1/2001 | Weiner |
| 6,397,774 B1 | 6/2002 | Pranger |

* cited by examiner

*Primary Examiner*—Jesús D. Sotelo
(74) *Attorney, Agent, or Firm*—Shook, Hardy & Bacon LLP

(57) **ABSTRACT**

A boat cover system for covering a boat. The boat cover system is attached to an existing structure and includes a track assembly, a roller assembly, and a cover. The track assembly includes at least one section of track and a coupling assembly for attaching the track assembly to the existing structure. The roller assembly is slidingly coupled to the track and includes a pulley system that moves the cover from a first position to a second position.

**22 Claims, 4 Drawing Sheets**





*FIG. 1.*

Case 2:14-cv-04280-NKL   Document 1-1   Filed 10/21/14   Page 3 of 9



*FIG. 2.*



*FIG. 3.*

Case 2:14-cv-04280-NKL   Document 1-1   Filed 10/21/14   Page 4 of 9



FIG. 4.



FIG. 5.

Case 2:14-cv-04280-NKL   Document 1-1   Filed 10/21/14   Page 5 of 9



FIG. 6.

Case 2:14-cv-04280-NKL    Document 1-1    Filed 10/21/14    Page 6 of 9

**1**

# BOAT COVER

## CROSS-REFERENCE TO RELATED APPLICATIONS

Not applicable.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## BACKGROUND

This invention relates to an improved boat cover and more particularly to a boat cover that is attached to an existing structure that is easily installed and removed by the user.

Typical boat covers in the industry are made from fabric and are either custom made to fit an exact type or style of boat or are standard items that are sized generally according to the size of the boat. These boat covers typically must be removed and installed each time the boat is to be used. Once the boat cover is removed it is usually folded and stored in somewhere on the dock or the boat. Depending on the size of the boat, the cover can become extremely cumbersome and heavy once it is folded. Further, the cover typically requires a number of people for removal or installation. Still further, removal or installation is a dirty and time-consuming process for the users.

Other types of boat covers exist that attach to a boat dock and may be lowered and tied. However, once the cover has been removed from the boat it remains suspended above the slip where the boat is docked. Further, installation of the boat cover requires multiple people as the cover, once lowered, must be secure around the perimeter of the boat. This process is also time-consuming.

Accordingly, it would be desirable to manufacture a boat cover that is easy to install, inexpensive, and easy to operate.

## BRIEF SUMMARY

One objective of the present invention is to provide a cover system installed on a boat dock and covering a boat. In one embodiment, the cover system includes a track assembly, a roller assembly, and a cover assembly. The track assembly includes a track and an attachment assembly. The track is coupled to the boat dock via the attachment assembly. The roller assembly includes a plurality of pulleys, a plurality of rollers, and a pair of cords. The rollers contain a pair of wheels that are received within the track and ride therewithin. The pulleys serve to move the cover assembly from a first position to a second position wherein the second position the cover assembly is covering the boat. The cover assembly consists of a cover and an attachment member. In use, the cover simply slips over the boat and covers it as the cover assembly is moved from the first position to the second position.

Additional advantages, and novel features of the invention, will be set forth in part in a description which follows and will become apparent to those skilled in the art upon examination of the following, or may be learned by practice of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the accompanying drawings which form a part of the specification and which are to be read in conjunction there-

**2**

with, and in which like reference numerals are used to indicate like parts in the various views:

FIG. **1** is a side-elevation view of a boat cover system attached to a boat dock with the cover in the uncovered position;

FIG. **2** is a perspective view of the boat cover system with the cover in the covered position covering a boat;

FIG. **3** is a rear-elevation view of the boat cover system of FIG. **2**;

FIG. **4** is a partial, enlarged view of the pulley assembly and the track assembly with parts broken away;

FIG. **5** is a partial, rear, enlarged view of the track and the attachment assembly; and

FIG. **6** is a partial, enlarged view of the track and the pulley assembly with parts broken away.

## DETAILED DESCRIPTION

Referring to the drawings in greater detail and to FIGS. **1** and **2**, a cover system is shown and is designated generally by the numeral **10**. FIG. **2** shows the cover system **10** in installed on a boat dock **12** and covering a boat **14**. While the boat **14** is shown on a lift in FIGS. **1** and **2**, it should be appreciated by one of ordinary skill in the art that the cover system **10** works on a boat **14** that remains in the water. Referring again to FIG. **1**, the cover system **10** includes a track assembly **16**, a roller assembly **18**, and a cover assembly **20**. The track assembly **16** includes a track **22** and an attachment assembly **24**. The dimensions of the track **22** generally correspond to the dimensions of the boat **14**. Specifically, the track **22** is made from anodized aluminum and generally runs the length of the boat **14**. However, it should be understood by one of ordinary skill in the art that any suitable material may be used.

As shown in FIGS. **1** and **6** the track **22** is coupled to the boat dock **12** via the attachment assembly **24**. Specifically, the track **22** is coupled to a beam **26** on the boat bock **12** via the attachment assembly **24**. The attachment assembly **24** includes a plurality of clamps **28**, a plurality of rods **30**, and a plurality of collars **32**. The clamps **28** are connected to the beam **26** in a manner well known in the art. It should be appreciated by one of ordinary skill in the art that the type of clamps are not meant to be limiting and may be coupled to any suitable portion of the boat dock **12**. The clamps **28** further contain a threaded aperture **34**, not shown. Each rod **30** has a pair of threaded ends **36** one of which is threadably received in the threaded aperture **34** of the clamp **28** while the other is threadably received in a threaded aperture **38** in the collar **32**, as will be further discussed below. Thus, the rods **30** interconnect the clamps **28** and the collars **32**. The threaded connection between the clamps **28**, the rods **30**, and collars **32** is known in the art. Further, it should be appreciated that any suitable attachment method between the clamps **28**, the rods **30**, and collars **32** may be used.

As shown in FIGS. **5** and **6**, the track **22** includes a plurality of sections **40** that are coupled together via the collars **32**. However, it should be appreciated by one of ordinary skill in the art that the track **22** may be a single, integral piece. The multiple sections **40** of track **22** allow the cover system **10** to be adapted to correspond to the size of the boat **14**. It also provides the ability to disassemble the boat cover system **10** for ease during shipping. The track **22** contains a rectangular cross section with a elongate opening **44** along its length, a pair of roller surfaces **46**, and a pair of downwardly depending lips **48**, the purpose of each will be discussed below. As stated above, the sections **40** of track **22** are coupled together by the collars **32**. The collars **32** include

Case 2:14-cv-04280-NKL  Document 1-1  Filed 10/21/14  Page 7 of 9

a rectangular cross section that mates with the cross section of each section of the track **22**. It should be understood that the cross section of the track and collars can be any suitable cross section for supporting the pulley assembly **18**. As stated above, the collar **32** includes a threaded aperture **38** that receives the threaded end **36** of the rod **30**. The collar **32** also includes a pair of threaded apertures **52** that receive bolts **54** to clamp the track **22** within the collar **32** to interconnect the track sections **40**. Thus, the collars **32** are capable of connecting adjoining sections **40** of track **22** as well as supporting the track **22** when it is coupled to the boat dock **12**. However, it should be understood that the collars may also simply support the track **22** without serving to interconnect track sections **40**.

As shown in FIGS. **1**, **4**, and **5**, the roller assembly **18** includes a plurality of pulleys **56**, **58**, **60**, a plurality of rollers **62**, and first and second cords **64**, **66**. The first pulley **56** is located at a first end **68** of the track **22** and coupled thereto. The first pulley **56** is a single pulley having a channel **70**, not shown, that receives the first cord **64** as will be further discussed below. The second pulley **58** is located at a second end **72** of the track **22** in the same plane as the first pulley **56**. The second pulley **58** is a double pulley having first and second channels **74**, **76** that receive the first and second cords **64**, **66** respectively. The first and second pulleys **56**, **60** are connected to the track via couplers **78**. The third pulley **60** is located remotely from the second pulley **58**. The third pulley **60** is a single pulley having a channel **80**, not shown, that receives the second cord **66**. It should be understood that the channels **70**, **80** of the first and third pulleys **56**, **60** are similar to the channels **74**, **76** of the second pulley **60** with the exception that the first and third pulleys **56**, **60** each contain a single channel **70**, **80**. The third pulley **60** is coupled to the dock **12** by a connector **82**. However it should be understood by one of ordinary skill in the art that any suitable coupling apparatus may be used.

Thus, the first cord **64** operationally couples the first and second pulleys **56**, **58**. Specifically, the first cord **64** is received in the channel **70**, not shown, of the first pulley **56** and the first channel **74** of the second pulley **56**. The second cord **66** operationally couples the second and third pulleys **58**, **60**. Specifically, the second cord **66** is received in the second channel **76** of the second pulley **56** and the channel **80**, not shown, of the third pulley **58**.

Referring now to FIGS. **4** and **5**, the rollers **62** will be discussed. The rollers **62** contain a central section **84** and a pair of wheels **86** rotatably coupled to the central section **84** by an axle **88**. The pair of wheels **86** are received within the track **22** and ride on the roller surfaces **46**. The central section **84** contains a member **90** that extends between the downwardly extending lips **48**. The lips **48** serve to guide the rollers **62** as they move along the track **22**. The member **90** further contains an aperture **91** that is used to attach the cover assembly **20**. The first cord **64** is coupled to a pulling roller **92** by a clamp **94**. The pulling roller **92** is the same as the other rollers with the exception that it is attached to the first cord **64**. The operation of the roller system **18** will be discussed below.

Referring now to FIGS. **1–3**, the cover assembly **20** will be discussed. The cover assembly **20** consists of a cover **96** and an attachment member **98**. The cover **96** is made from a nylon material and may be adapted to fit virtually any size boat. However, it should be understood by one of ordinary skill in the art that any suitable material may be used. As shown in FIG. **2**, the cover **96** contains a pair of sides **100**, each having a top **102**, a bottom **104**, a front **106**, and a rear **108**. The pair of sides **100** are connected at the top **102** to

form a reinforced section **110**. The pair of sides **100** are also connected at the front **106**. Thus, the cover **96** is constructed like a standard pillowcase with the exception that the sides **100** are not connected at the bottom **104**. The bottom **104** of each side **100** contains a fold portion **112** proximate the rear **108**. The fold portion **112** houses a rope **114** that when tied, see FIG. **3**, is used to snug the cover **96** around the boat. As stated above, the sides **100** are coupled together at the top **106** to form the reinforced section **110**. The reinforced section **110** further contains a plurality of eyelets **116** that are located in the reinforced section **110**. As shown in FIGS. **1** and **4**, the attachment member **98** is attached at one end **118** to the eyelets **116** and at another end **120** to the aperture **91** in the rollers **62**, **92**. As such the attachment member **98** serves to interconnect the roller assembly **18** and the cover assembly **20**. The attachment member **98** is shown to be a chain, however, it should be appreciated by one of ordinary skill in the art that any suitable attachment member may be used.

Referring now to FIGS. **1** and **2** the operation of the boat cover system **10** will now be discussed. FIG. **1** shows the boat cover system **10** in a first position where the boat **14** is uncovered. FIG. **2** shows the boat cover system **10** in a second position where the boat **14** is covered. To move the cover assembly **20** from the first position to the second position the user simply pulls downwardly on a side of the second cord **66**. It should be understood that pulling downwardly on one side of the second cord **66** will move the cover assembly **20** from the first position to the second position while pulling downwardly on another side of the second cord **66** will move the cover from the second position to the first position. Pulling downwardly on a side of the second cord **66** causes the second pulley **58** to rotate, which, in turn causes the first pulley **56** to rotate due to the interconnection by the first cord **64**. The cover assembly **20** moves from the first to second positions due to the fact that the cord is attached to the roller pulley **92**. Thus, movement of the second cord **66**, in turn, causes movement of the first cord **64**, which in turn, causes movement of the cover assembly **20**. Once the cover assembly **20** is moving from the first position to the second position, the user simply has to make sure that each side **100** of the cover **96** covers a side of the boat **14**. Once the cover assembly **20** has been moved to the second position, the ropes **114** may be tied to enclose the boat **14** within the cover **96**.

It should be understood that while the cover assembly **20** can be moved from the first position to the second position by the pulleys **56**, **58**, **60** and cords **64**, **66** of the roller system **18**, the pulleys **56**, **58**, **60** along with the cords **64**, **66** are not necessary for movement of the cover assembly **20** from the first position to the second position. Specifically, the roller system **18** can move the cover assembly **20** from the first position to the second position without the need for the pulleys **56**, **58**, **60** and cords **64**, **66**. As such, a user of the boat cover system **10** can move the cover assembly **20** from the first position to the second position by simply grabbing the rear portion **108** of the cover **96** and walking down the dock until the cover **96** covers the boat **14**.

It should be understood that while the cover system **10** has been described for covering a boat the cover system **10** may also be used to cover any coverable item and may be attached to any suitable enclosure.

The present invention has been described in relation to particular embodiments, which are intended in all respects to be illustrative rather than restrictive. Alternative embodiments will become apparent to those skilled in the art to which the present invention pertains without departing from

its scope. It will be seen from the foregoing that this invention is one well adapted to attain the ends and objects set forth above and to attain other advantages, which are obvious and inherent in the device. It will be understood that certain features and subcombinations are of utility and may be employed without reference to other features and sub-combinations. This is contemplated by and within the scope of the claims. It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described hereinabove. Rather, all matter herein set forth or shown in the accompanying drawings is to be interpreted as illustrative and not limiting.

What is claimed is:

1. A cover assembly for covering a coverable item, the cover assembly being attached to an existing structure, the cover assembly including:

a track assembly including at least one section of track and a coupling assembly for attaching the track assembly to the existing structure; and

a cover coupled to the track, the cover having an open end and first and second downwardly extending members, and being adapted to move from a first position to a second position, first and second downwardly extending members being located outwardly of the coverable item when the cover is moved to the second position.

2. The cover assembly of claim 1, wherein the cover is coupled to the track by a roller assembly.

3. The cover assembly of claim 2, wherein the roller assembly includes a pulley system, the pulley system being adapted to move the cover from a first position to a second position.

4. The cover assembly of claim 3, wherein in the first position the coverable item is uncovered and in the second position the coverable item is covered.

5. The cover assembly of claim 4, wherein the roller assembly includes at least one roller, the roller being coupled to the pulley system.

6. The cover assembly of claim 5, wherein the roller assembly includes a plurality of rollers.

7. The cover assembly of claim 6, wherein the track includes a plurality of sections.

8. The cover assembly of claim 7, wherein the sections are interconnected by a coupler.

9. The cover assembly of claim 8, wherein the pulley system includes a pair of pulleys, the pair of pulleys being coupled to one another.

10. The cover assembly of claim 9, wherein the pair of pulleys lie in the same plane.

11. The cover assembly of claim 10, wherein at least one of the pair of pulleys is a double pulley.

12. The cover assembly of claim 11, wherein the pulley system further includes a third pulley positioned remotely from the pair of pulleys, the third pulley being coupled to the pair of pulleys.

13. A boat cover system for covering a boat, the boat cover system being attached to an existing structure, the boat cover system including:

a track assembly including at least one section of track and a coupling assembly for attaching the track assembly to the existing structure;

a roller assembly slidingly coupled to the track; and

a cover coupled to the roller assembly, the cover having an open end and a pair of sheet members;

wherein the roller assembly is adapted to move the cover from a first position to a second position, each of the pair of sheet members being located outwardly of the boat when the cover is moved to the second position.

14. The boat cover system of claim 13, the roller assembly having a pulley system, wherein the pulley system is adapted to move the cover from a first position to a second position.

15. The boat cover system of claim 14, wherein the roller assembly includes at least one roller, the roller being coupled to the pulley system.

16. The boat cover system of claim 15, wherein the roller assembly includes a plurality of rollers.

17. The boat cover system of claim 16, wherein the track includes a plurality of sections.

18. The boat cover system of claim 17, wherein the sections are interconnected by a coupler.

19. The boat cover system of claim 18, wherein the sections have a rectangular cross-section.

20. The boat cover system of claim 19, wherein the pulley system includes a pair of pulleys, the pair of pulleys being coupled to one another.

21. The boat cover system of claim 20, wherein at least one of the pair of pulleys is a double pulley.

22. The boat cover system of claim 21, wherein the pulley system further includes a third pulley positioned remotely from the pair of pulleys, the third pulley being coupled to the pair of pulleys.

* * * * *